**Order entered April 1, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00530-CR
## No. 05-13-00536-CR

**JOEL DERVIN WILLIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-26322-H, F11-26316-H**

## ORDER

The Court **REINSTATES** the appeals.

On March 21, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the March 21, 2014 order requiring findings.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/      LANA MYERS
        JUSTICE